# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LEE GAINES, | Case No. 1:16-cv-01666-LJO-BAM (PC) |
| Plaintiff, | ORDER STRIKING OBJECTIONS TO FINDINGS AND RECOMMENDATIONS AS DUPLICATIVE |
| v. | |
| BROWN, et al., | (ECF No. 31) |
| Defendants. | |

Plaintiff Mary Lee Gaines ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 9, 2017, the Court screened Plaintiff's first amended complaint and issued findings and recommendations that it stated cognizable claims for deliberate indifference to medical needs against Defendant Mirelez for not giving Plaintiff her breathing treatment despite Plaintiff's need for the treatment on February 11, 2014, and against Defendant Hoehing for not assisting Plaintiff when Defendant came to Plaintiff's cell and Plaintiff was having an asthma attack on February 11, 2014, but failed to state any other claims. (ECF No. 20.) Following the filing of Plaintiff's objections on March 5, 2018, (ECF No. 28), the assigned District Judge issued an order adopting the findings and recommendations, (ECF No. 29).

On March 14, 2018, Plaintiff again filed objections to the November 9, 2017 findings and recommendations. (ECF No. 31.) It appears that Plaintiff mailed two copies of her objections on the same date, and one copy was not received until March 14. As these objections are duplicative

1

of the objections previously considered by the District Judge in his order adopting the findings and recommendations, Plaintiff's objections filed on March 14, 2018, (ECF No. 31), are HEREBY STRICKEN as duplicative.

IT IS SO ORDERED.

Dated:  **March 16, 2018**                    /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE