# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LEE GAINES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BROWN, et al.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-01666-LJO-BAM (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT SERVICE DOCUMENTS OR SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>(ECF Nos. 30, 34)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Mary Lee Gaines ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendants Mirelez and Hoehing for deliberate indifference to serious medical needs.

On March 9, 2018, the Court issued an order authorizing service of Plaintiff's first amended complaint and forwarding service documents to Plaintiff for completion and return within thirty days. (ECF No. 30.) The Court expressly warned Plaintiff that failure to comply with the Court's order would result in dismissal of this action. (Id. at 2.) Plaintiff's USM-285 form and summons for Defendant Maldinado were due on or before July 11, 2017.

On March 29, 2018, Plaintiff filed a motion for a thirty day extension of time. (ECF No. 33.) The Court granted the request, and explicitly warned Plaintiff that failure to comply with the

1

Court's order would result in dismissal of this action for failure to obey a court order and failure to prosecute.  (ECF No. 34.)

As of the date of this order, Plaintiff has not submitted the USM-285 forms, summons, or copies of the complaint.  Plaintiff has not complied with the Court's orders.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within **twenty-one (21) days** from the date of service of this order, Plaintiff shall submit a completed service documents for Defendants Mirelez and Hoehing, as discussed in the Court's March 9, 2018 order, or shall show cause in writing why this action should not be dismissed; and

2. **Plaintiff's failure to comply with this order will result in dismissal of this action for failure to obey court orders and failure to prosecute.**

IT IS SO ORDERED.

Dated: **May 14, 2018**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE