# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LEE GAINES,<br><br>    Plaintiff,<br><br>    v.<br><br>BROWN, et al.,<br><br>    Defendants. | Case No. 1:16-cv-01666-LJO-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR COURT TO REISSUE MARCH 9, 2018 ORDER FINDING SERVICE OF FIRST AMENDED COMPLAINT<br><br>(ECF No. 40)<br><br>ORDER DIRECTING CLERK OF COURT TO SEND MARCH 9, 2018 ORDER TO PLAINTIFF<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Mary Lee Gaines ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendants Mirelez and Hoehing for deliberate indifference to medical needs in violation of the Eighth Amendment.

On March 9, 2018, the undersigned issued an order finding service of the first amended complaint appropriate and forwarding service documents to Plaintiff for completion and return within thirty days. (ECF No. 30.) The Court has extended the deadline for Plaintiff to file the appropriate service documents four times. (ECF Nos. 34, 35, 37, 39.) In the Court's most recent order denying Plaintiff's motion for a stay and granting a further extension of time, Plaintiff was explicitly warned that further extensions of time would not be granted without a showing of good

1

cause, and Plaintiff should specifically identify the reasons for her failure to timely file completed service documents or to comply with the Court's order. (ECF No. 39.)

Currently before the Court is Plaintiff's motion, filed August 24, 2018, requesting that the Court reissue the March 9, 2018 order finding service of the first amended complaint appropriate. (ECF No. 40.) Plaintiff states that she suffers from many physical and mental illnesses and complications, which may sometimes interfere with her court filings. Plaintiff further states that she may have either misplaced, lost, or never received the Court's March 9, 2018 order. As she cannot locate the Court's order in any of her legal documents, Plaintiff requests reissuance of the order and service documents for completion. (Id.) The Court assumes that Plaintiff also seeks an extension of the deadline for submission of the service documents to the Court, which were due on or before August 21, 2018.

Generally, the Clerk's Office will provide copies for Plaintiff at a cost of $0.50 per page. Under the circumstances, the Court will make a one-time exception and will direct the Clerk's Office to provide a copy of the pending findings and recommendations to Plaintiff at no charge. However, Plaintiff is advised that any further copies will need to be paid for by Plaintiff, and that it is her responsibility to maintain copies of all orders received from the Court.

With respect to extending the deadline for submission of service documents, the Court notes that, in her prior three motions seeking extensions or a stay of this action, Plaintiff has never claimed that she was unable to locate a copy of the Court's order or the service documents to be completed. Rather, Plaintiff has argued that she did not have adequate access to the law library, and that she suffers from various mental and physical ailments that limit her ability to litigate this action. (See ECF Nos. 33, 36, 38.)

The Court has been awaiting completion of these service documents, a task that does not require legal research to complete, for more than five months. As noted above, the deadline has already been extended four times. Plaintiff will be provided with **one final** opportunity to file her completed service documents. **Future requests for extension of time regarding this deadline will be subject to a narrow interpretation of what constitutes good cause**.

///

2

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for reissuance of the Court's March 9, 2018 order, (ECF No. 40), is GRANTED;
2. The Clerk's Office shall mail a copy of the March 9, 2018 order, (ECF No. 30), including all attachments and service documents for completion, to Plaintiff;
3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall submit completed service documents for Defendants Mirelez and Hoehing, as discussed in the Court's March 9, 2018 order; and
4. **Plaintiff's failure to comply with this order will result in dismissal of this action for failure to obey court orders and failure to prosecute.**

IT IS SO ORDERED.

Dated: **August 27, 2018**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE