# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mary Lee Gaines,<br>    Plaintiff,<br><br>v.<br><br>E.G. Brown, et al.,<br>    Defendant. | 1:16-cv-01666-LJO-BAM (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT **MARY LEE GAINES, CDC # WA-2486**, PLAINTIFF<br><br>DATE: February 28, 2019<br>TIME: 10:00 a.m. |

  **Mary Lee Gaines**, inmate, **CDC #WA-2486**, a necessary and material witness on her own behalf in a settlement conference in this case on February 28, 2019, is confined at **California Institution for Women**, 16756 Chino-Corona Road, Corona, CA 92880, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #9, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on February 28, 2019, at 10:00 a.m.

  **ACCORDINGLY, IT IS ORDERED that:**

  1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property**, to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

  2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California Institution for Women**

  **WE COMMAND** you to produce the inmate named above, **along with any necessary legal property**, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

  **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **February 1, 2019**   /s/ *Barbara A. McAuliffe*
            UNITED STATES MAGISTRATE JUDGE

