# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LEE GAINES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BROWN, et al.,<br><br>　　　　　Defendants. | Case No.: 1:16-cv-01666-LJO-BAM (PC)<br><br>ORDER THAT INMATE MARY LEE GAINES IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Mary Lee Gaines is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on February 28, 2019. Inmate Mary Lee Gaines, CDCR #WA-2486, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **February 28, 2019**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE