UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LEE GAINES, | Case No.: 1:16-cv-01666-LJO-BAM (PC) |
| Plaintiff, | ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT |
| v. | |
| BROWN, et al., | (ECF No. 61) |
| Defendants. | |

Plaintiff Mary Lee Gaines ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action pursuant to 42 U.S.C. § 1983. On November 4, 2016, the Court granted Plaintiff's application to proceed *in forma pauperis* in this action pursuant to 28 U.S.C. § 1915. (ECF No. 4.) On May 21, 2019, Plaintiff filed another motion to proceed *in forma pauperis*. (ECF No. 61.)

Plaintiff has already been granted leave to proceed *in forma pauperis* in this action, and no further applications are needed. Accordingly, Plaintiff's May 21, 2019 motion to proceed *in forma pauperis*, (ECF No. 61), is DENIED as moot.

IT IS SO ORDERED.

Dated: __**May 22, 2019**__     _____/s/ *Barbara A. McAuliffe*_____
UNITED STATES MAGISTRATE JUDGE

1