# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LEE GAINES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BROWN, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:16-cv-01666-NONE-BAM (PC)<br><br>ORDER SETTING DISPOSITIVE MOTION DEADLINE<br><br>Deadline: **January 4, 2021** |

　　　　Plaintiff Mary Lee Gaines ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's first amended complaint against Defendants Mirelez and Hoehing for deliberate indifference to medical needs in violation of the Eighth Amendment.

　　　　On February 7, 2020, the Court vacated the dispositive motion deadline in order to resolve Defendants' pending motion for order requiring Plaintiff to post security.  (ECF No. 72.)  On October 5, 2020, the District Judge adopted in full the findings and recommendations recommending denial of the motion for order requiring Plaintiff to post security.  (ECF Nos. 88, 90.)

　　　　Accordingly, the Court finds it appropriate and necessary to reset the dispositive motion deadline.  Fed. R. Civ. P. 16.  The deadline for filing all pre-trial dispositive motions shall be **January 4, 2021**.  A request for an extension of this deadline must be filed on or before the

1

expiration of the deadline.  However, the parties are advised that an extension of time will only be granted upon a clear showing of good cause.

IT IS SO ORDERED.

Dated:   **October 6, 2020**                    /s/ Barbara A. McAuliffe            _
                                                             UNITED STATES MAGISTRATE JUDGE