UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LEE GAINES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BROWN, *et al.*,<br><br>　　　　Defendants. | No. 1:16-cv-01666-NONE-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF ACTION, WITH PREJUDICE, FOR FAILURE TO PROSECUTE AND FAILURE TO OBEY COURT ORDER<br><br>(Doc. No. 102) |

Plaintiff Mary Lee Gaines is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on plaintiff's first amended complaint against defendants Mirelez and Hoehing for deliberate indifference to medical needs in violation of the Eighth Amendment.

On December 16, 2020, defendants filed a motion for summary judgment. Fed. R. Civ. P. 56. (Doc. No. 92.) Plaintiff was provided with notice of the requirements for opposing a motion for summary judgment. *Woods v. Carey*, 684 F.3d 934 (9th Cir. 2012); *Rand v. Rowland*, 154 F.3d 952, 957 (9th Cir. 1988); *Klingele v. Eikenberry*, 849 F.2d 409, 411–12 (9th Cir. 1988). (Doc. No. 92-1.) Plaintiff was granted three extensions of time to file her opposition. (Doc. Nos. 95, 97, 99.) In the order granting plaintiff's third extension of time, the assigned magistrate judge warned plaintiff that any further requests for extension of this deadline would be subject to a

1     narrow interpretation of what constitutes good cause. (Doc. No. 99 at 2.) Specifically, the
2     magistrate judge indicated that plaintiff would be required to "describe what attempts she has
3     made to access the law library at her institution of confinement, the result of those attempts, how
4     many times she has successfully accessed the law library, and what specific further research or
5     other acts must be accomplished using law library services before her opposition can be
6     completed and submitted to the Court." (*Id.*)
7           On April 26, 2021, plaintiff filed a motion for a fourth extension of time to file her
8     opposition. (Doc. No. 100.) Defendants filed an opposition on May 12, 2021. (Doc. No. 101.)
9     Plaintiff did not file a reply.
10          On June 8, 2021, the magistrate judge issued an order denying plaintiff's fourth extension
11    of time and findings and recommendations recommending dismissal of this action, with
12    prejudice, for failure to prosecute and failure to obey a court order. (Doc. No. 102.) Those
13    findings and recommendations were served on the parties and contained notice that any
14    objections thereto were to be filed within fourteen (14) days after service. (*Id.*) Plaintiff filed
15    objections on June 24, 2021. (Doc. No. 103.)
16          In her objections, plaintiff argues that she should have been granted a fourth extension of
17    time to file her opposition to defendants' summary judgment motion because she is incarcerated
18    in a state prison and has not had access to the prison law library for over a year, since February
19    2019. (*Id.*) Plaintiff does not address defendants' contention that she has not requested law
20    library access or PLU status for at least the last sixty days prior to filing her fourth request for
21    extension of time. (*See* Doc. No. 101-1.)
22          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the court has conducted a
23    *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's
24    objections, the court finds the findings and recommendations to be supported by the record and
25    by proper analysis.
26          Accordingly,
27          1. The findings and recommendations issued on June 8, 2021, (Doc. No. 102), are
28             adopted in full;

2. This action is dismissed, with prejudice, for failure to prosecute and failure to obey a court order; and

3. The Clerk of the Court is directed to assign a district judge to this case for the purpose of closing the case, terminate all pending motions, and close this case.

IT IS SO ORDERED.

Dated:   **July 20, 2021**

_____
UNITED STATES DISTRICT JUDGE

3